■ In the Matter of ANNA M. THOMAS and Others, Children

Alleged to be Neglected. SPECIAL SERVICES FOR CHILDREN, Respondent, v CATHERINE THOMAS, Appellant.—Three orders of the Family Court of the State of New York, New York County (Elrich Eastman, J.), all entered on or about May 10, 1984, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on or about April 9, 1985 is unanimously dismissed, without costs and without disbursements, as having been abandoned. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Carro and Fein, JJ.